IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDITH MCALLISTER                                                                                   PLAINTIFF

VS.                                             CASE NO. 09-CV-4070

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                              DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed on July 29, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 26). Fourteen (14) days have passed without objections being filed by the parties. The Court has reviewed the case, and being well and sufficiently advised, finds the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the magistrate's Report and Recommendation, affirms the decision of the Administrative Law Judge, and dismisses Plaintiff's Complaint with prejudice.

IT IS SO ORDERED, this 17th day of August, 2010.

                                                              /s/Harry F. Barnes
                                                            Hon. Harry F. Barnes
                                                            United States District Judge